UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:03CV00710 (RNC) |
| $46,000.00 IN UNITED STATES : CURRENCY, : | |
| Defendant. : | |
| [CLAIMANTS: STEPHEN WHITE, : JAIME VON HOESEN, AND JASON : MOLONSON] : | |

DECREE OF FORFEITURE

On April 21, 2003, a Verified Complaint of Forfeiture against the Defendant, $46,000.00 in United States Currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is, therefore, subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest In Rem issued by this Court on April 21, 2003, the United States Marshal Service for the District of Connecticut seized said property on April 24, 2003;

That on April 28, May 5, and May 12, 2003, notice of this action was published in the Hartford Courant newspaper;

That on April 24, 2003, Gilbert Shasha, attorney for the Claimant, Jason Molonson, waived service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem

That on May 14, 2003, John J. Nazzaro, attorney for the Claimant, Stephen White, waived service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem;

That on June 5, 2003, William T. Koch, attorney for the Claimant, Jaime Von Hoesen, waived service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem;

That on May 22, 2003, Claimant Jason Molonson filed a Statement of Interest in or Right Against the Subject Property and an Answer to the Verified Complaint of Forfeiture

That on June 17, 2003, Claimant Jaime Von Hoesen filed a Statement of Interest in the Subject Property and an Answer to the Verified Complaint of Forfeiture;

That on June 20, 2003, Claimant Stephen White filed an Answer to the Verified Complaint of Forfeiture;

That on July 2, 2003, Claimant Jason Molonson filed a Amended Statement of Interest in or Right Against the Subject Property and an Amended Answer to the Verified Complaint of Forfeiture;

That on September 16, 2003, Claimant Jason Molonson filed a motion to withdraw his amended statement of interest in or right against the subject property and a motion to withdraw his amended answer;

That on September 19, 2003, the Court granted Jason Molonson's motion to withdraw his amended statement of interest in or right against the subject property and on September 22, 2003, the Court granted Jason Molonson's motion to withdraw his amended answer;

That on September 30, 2003, the Court approved a Stipulation for Compromise Settlement entered into by the parties in which the United States agreed to return $10,000.00 of

the seized currency to the Claimant Stephen White in care of his attorney, John J. Nazzaro, and $12,000.00 of the seized currency to the Claimant Jaime Von Hoesen in care of her attorney, William T. Koch, in exchange for the forfeiture of the remaining $24,000.00 to the United States of America.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the Defendant Currency under seizure in this action be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that $24,000.00 of the defendant currency, be forfeited to the United States of America and disposed of according to law.

Dated at Hartford, Connecticut, this 23rd day of October, 2003

_____
HONORABLE ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Proposed Decree of Forfeiture has been mailed, postage prepaid, on this 15th day of October, 2003 to:

John J. Nazzaro, Esq.
164 Hempstead Street
New London, CT 06320

William T. Koch, Jr., Esq.
151 Brush Hill Road
Lyme, CT 06371

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320


_____
JULIE G. TURBERT
ASSISTANT U. S. ATTORNEY